# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN L. BROWN,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 16-cv-00719-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Kevin L. Brown's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**; that judgment is entered in this case in favor of respondent United States of America and against petitioner Kevin L. Brown, and that this case is dismissed with prejudice.

**DATED:** 4/20/2017

                                                                   **Justine Flanagan**
                                                                     **Acting Clerk of Court**

                                                                     **s/*Tina Gray*, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**